UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLEN HOSTETLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-cv-03995-JRS-TAB |
| ) | |
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Notice to the Court Concerning Plaintiffs' Inability to Effect Service**

Plaintiffs, by counsel, state that:

1. This action was filed on December 19, 2018.

2. The defendants are described in the complaint as being two unknown officers of the Indianapolis Metropolitan Police Department.

3. In order to serve the defendants with summons, plaintiffs must ascertain their actual identities.

4. Plaintiffs were unable to do so within the 90-day period prescribed by Federal Rule of Civil Procedure 4(m) and, on March 20, 2019, this Court granted plaintiffs until April 18, 2019, to effect service. (Dkt. 9).

5. Plaintiffs have still not been able to ascertain the actual identities of the defendants and therefore cannot effect service.

6.	Plaintiffs understand that a failure to timely effect service must result in this Court dismissing this action without prejudice or ordering that service be made within a specified time. Federal Rule of Civil Procedure 4(m).

7.	Undersigned counsel does not believe that a further extension of time to effect service would be of benefit.

WHEREFORE, plaintiff file this notice concerning their inability to effect service in this case.

>	Kenneth J. Falk
>	No. 6777-49
>	ACLU of Indiana
>	1031 E. Washington St.
>	Indianapolis, IN 46202
>	317/635-4059
>	fax: 317/635-4105
>	kfalk@aclu-in.org
>
>	Attorney for Plaintiffs